1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,            ) | No.  3:17-cv-00951-JSC |
| Plaintiff,          ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs.                               ) | |
| THE BIG COMPANY, INC. dba CAPO FIRESIDE; EVP, LLC; DLR BUSINESS PARK CONDOMINIUM ASSOCIATION; 3955 ARNOLD INDUSTRIAL LLC,    ) | |
| Defendants.       ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, The Big Company, Inc. dba Capo Fireside; EVP, LLC; DLR Business Park Condominium Association; and 3955 Arnold Industrial LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: April 5, 2019                MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Francisca Moralez

Dated: April 5, 2019                VAUGHAN & ASSOCIATES

                                    */s/ Cris C. Vaughan*
                                    Cris C. Vaughan
                                    Khushpreet Mehton
                                    Attorneys for Defendants,
                                    Capo Fireside and EVP, LLC

Dated: April 5, 2019                BURNHAM BROWN

                                    */s/ Cathy C. Arias*
                                    Cathy C. Arias
                                    Arthur S. Gaus
                                    Attorneys for Defendants,
                                    DLR Business Park Condominium Association

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Francisca Moralez